**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Houston Community College v. Sabrina  Lewis

Appellate case number:    01-19-00626-CV

Trial court case number:  2015-77438

Trial court:                      269th District Court of Harris County

The parties' joint motion for extension of time to file briefs is GRANTED. Appellant's brief is due October 21, 2019. Appellee's brief is due November 11, 2019.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                    Acting individually

Date: October 8, 2019_____